UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF          )
CARPENTERS PENSION FUND, et al.,     )
                                     )      Case No. 09 CV 3083
              Plaintiffs,            )
                                     )
       v.                            )      Judge Coar
                                     )
E. SHY ENTERPRISES, INC., et al.,    )
                                     )
              Defendants.            )

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION

FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move

this Court pursuant to Federal Rules of Civil Procedure 54 to enter a judgment against E. SHY

ENTERPRISES, INC., an Illinois corporation ("Defendant"). In support of their motion,

Plaintiffs state as follows:

1.      The Trust Funds filed a complaint against Defendant under ERISA for collection

of unpaid contributions, interest and liquidated damages, for attorneys' fees and auditors' fees

pursuant to ERISA, the collective bargaining agreements and the trust agreements.

2.      The amount owed by Defendant based on the audit is $9,575.15 which includes

$4,801.50 in unpaid contributions, $543.13 in interest, $960.30 in liquidated damages, $1,460.60

in auditors' fees, and $1,809.62 in attorneys fees as follows:

A.      $4,801.50 in unpaid contributions pursuant to the audit; *see* Decl. of J. Libby, ¶6,
        Exhibit A; Decl. of J. Egan, ¶3, Exhibit B;

B.      $1,460.60 for auditor's fees incurred by the Trust Funds to complete the audit of
        Defendants' books and records; *see* Decl. of J. Libby, ¶8, Exhibit A; Decl. of J.
        Egan, ¶2, Exhibit B;

C. $543.13 in interest under ERISA on the amount that is due; *see* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶7, Exhibit A; Decl. of J. Egan, ¶3, Exhibit B;

D. $960.30 in liquidated damages; *see* Decl. of J. Libby, ¶7, Exhibit A; and

E. $1,809.62 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D); *see* McJessy Decl., ¶4, Exhibit C).

4. A proposed draft order is attached as Exhibit D.

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters' Fund et al.

hereby move this Court to enter judgment in their favor and against Defendant E. SHY

ENTERPRISES, INC. in the amount of $9,575.15 as follows:

A. $4,801.50 in unpaid contributions pursuant to the audit;

B. $1,460.60 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendants' books and records;

C. $543.13 in interest under ERISA on the amount that is due;

D. $960.30 in liquidated damages;

E. $1,809.62 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D);

F. reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

G. such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND et al.


By: _s/ Kevin P. McJessy_____
One of their attorneys

Kevin P. McJessy
McJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

## CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Motion for Entry of Judgment** to be served upon

Evan L. Shy, President
E. Shy Enterprises, Inc. d/b/a Success
Ventures
512 N. McClurg Ct., Ste. 4101
Chicago, IL 60611

via U.S. First Class Mail, postage prepaid, deposited in the United States Mail Depository at 3759 N. Ravenswood, Chicago, Illinois on this 23 day of July 2009.

　　　　　　　　　　　s/ Kevin P. McJessy
　　　　　　　　　　　Kevin P. McJessy

09 CV 3083

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF      )
CARPENTERS PENSION FUND, et al., )
                                 )
                                 )   Case No. 09 CV 3083
              Plaintiffs,        )
                                 )
     v.                          )   Judge Coar
                                 )
E. SHY ENTERPRISES, INC., et al.,)
                                 )
              Defendants.        )

## DECLARATION OF JOHN LIBBY

I, John Libby, hereby declare, under penalty of perjury pursuant to the laws of the United

States, as follows:

1.     I am the Supervisor, Audits & Collections for the Chicago Regional Council of

Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the

Chicago and Northeast Illinois Regional Council of Carpenter Apprentice and Trainee Program

and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the

Trust Funds").

2.     As part of my duties, I am responsible for supervising and enforcing contributions

for medical, pension and other benefits due from numerous employers pursuant to a collective

bargaining agreements between the employers and the Chicago and Northeast Illinois Regional

Council of Carpenters ("Union") and pursuant to the trust agreements creating each of the Trust

Funds ("trust agreements").

3.     On August 1, 2007, Evan Shy, as President of E. SHY ENTERPRISES, INC.

("Defendant"), and the Union entered into a Memorandum of Agreement whereby Defendant

agreed to be bound by the applicable collective bargaining agreement and trust agreements.

These agreements require Defendant to make contributions to the Trust Funds. A true and accurate copy of this Memorandum of Agreement is attached as Exhibit A-1.

4. Defendant agreed pursuant to the collective bargaining agreement and trust agreements to submit to a periodic audit of its books and records in order to verify the accuracy of the contributions reported and paid to the Trust Funds.

5. Defendant produced its books and records for an audit of its contributions to the Trust Funds for the period June 1, 2007 to June 30, 2008 ("Audit Period") to the auditing firm engaged by the Trust Funds, James Egan & Associates, Ltd.

6. A copy of the audit prepared for the Trust Funds is attached as Exhibit A-2. According to the audit, Defendant owes $4,801.50 in unpaid contributions for the Audit Period.

7. Defendant owes $543.13 in unpaid interest and $960.30 in liquidated damages. A summary of the calculation of accrued interest and liquidated damages is attached hereto as Exhibit A-3.

8. Because Defendant failed to comply with the terms of the Collective Bargaining Agreement and trust agreements, the Trust Funds have had to employ the services of attorneys McJessy, Ching & Thompson, LLC. As a result, the Trust Funds incurred attorneys' fees and costs.

9. I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER DECLARANT SAYETH NOT.

John Libby                    7/20/09

# 09 CV 3083

# EXHIBIT A-1

# Memorandum of Agreement

**Employer** E. Shy Enterprises, Inc. / dba          **Address**   512 N. McClurg Court, $4101
          Success Ventures

**City**  Chicago          **State** IL     **Zip**  60611    **Phone**  630-993-9600

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in Illinois: Boone, Bureau, Carroll, Cook, De Kalb, DuPage, Grundy, Henderson, Henry, Iroquois, Jo Daviess, Kane, Kankakee, Kendall, Lake, La Salle, Lee, Marshall, McHenry, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, Will, Winnebago. The following counties in Iowa: Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth, Wright. The following counties in Wisconsin: Kenosha, Milwaukee, Ozaukee, Racine, Washington and Waukesha. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union.

2. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

3. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations, including all Area Agreements for the period beginning the execution of this Memorandum Agreement and ending on the expiration dates of any agreement, successor Agreements which are incorporated herein (see attached list). Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreement at least three (3) calendar months prior to the expiration of such Agreement, the Agreement shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

4. The Employer agrees to be bound to the terms of the various Trust Agreements which contributions are required to be made under the Agreements incorporated in Paragraph 3, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this __First__ day of __August__, 2007.                                                          E. S/G P.

**EMPLOYER**                                        **CHICAGO REGIONAL COUNCIL**
                                                    **OF CARPENTERS**

_Evan Shy_

_President_                                          Authorized Regional Council
Print Name and Title                                 Representative

# 09 CV 3083

# EXHIBIT A-2

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number** 24547 | June, 2007 To June, 2008 |

| | Page Number |
|---|---|
| E SHY ENTERPRISES, INC DBA | 1 of 8 |
| SUCCESS VENTURES | |
| 512 N MCCLURG CT #4101 | |
| CHICAGO, IL. 60611 | Total Discrepancies This Report |
| (630)993-9600 | |
| | 291.00 Hours |

| Reporting Period | Discrepancy Hours | Contribution Rate | Discrepancy Dollars |
|---|---|---|---|
| June, 2007 | 40.00 | 16.50 | $ 660.00 |
| July, 2007 | 93.00 | 16.50 | 1,534.50 |
| August, 2007 | 80.00 | 16.50 | 1,320.00 |
| September, 2007 | 73.00 | 16.50 | 1,204.50 |
| March, 2008 | 5.00 | 16.50 | 82.50 |
| | | | |
| Report Sub-Total | 291.00 | | $ 4,801.50 |
| Liquidated Damages (1) | | | 960.30 |
| Grand Total Due | | | $ 5,761.80 |

(1) Details Attached.

| Report on the Compliance of | Covering The Period of |
|---|---|

**Account Number**  24547

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT  #4101
CHICAGO, IL. 60611
(630)993-9600

June, 2007 To June, 2008

| Page Number |
|---|

2 of 8

| Total Discrepancies This Report |
|---|

291.00 Hours

| Reporting Period | Discrepancy Dollars | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|
| June, 2007 | 660.00 | 16 | 177.53 | |
| July, 2007 | 1,534.50 | 15 | 383.98 | |
| August, 2007 | 1,320.00 | 14 | 305.92 | |
| September, 2007 | 1,204.50 | 13 | 257.22 | |
| March, 2008 | 82.50 | 7 | 9.06 | |
| 5 Period(s) | $ 4,801.50 | | $ 1,133.71 | $ 960.30 |

(2) 1.5 % Compounded per Month (or portion thereof)
(3) Total Damages Not To Exceed The 20% ERISA Limitation

Legend of Discrepancy Codes Encountered

| Report on the Compliance of | Covering the Period of |
|---|---|

**Account Number**   24547

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT  #4101
CHICAGO, IL. 60611
(630)993-9600

June, 2007 To June, 2008

| Page Number |
|---|

3 of 8

| Total Discrepancies This Period |
|---|

291.00 Hours

| Code | Discrepancy Description | Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER - PAYROLL** | |
| 101 | Clerical Error | 2,524.50 |
| 102 | Hours Worked Prior To Reporting | 1,534.50 |
| 102Q | Hours Worked Prior To Reporting | 660.00 |
| 103 | Omission - Reported Individual | 82.50 |

| | | |
|---|---|---|
| Report Sub-Total | $ | 4,801.50 |
| Liquidated Damages (1) | | 960.30 |
| Grand Total Due | $ | 5,761.80 |

(1) Details Attached.

Trust Fund Copy

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   24547 | June, 2007 |
| E SHY ENTERPRISES, INC DBA<br>SUCCESS VENTURES<br>512 N MCCLURG CT   #4101<br>CHICAGO, IL. 60611<br>(630)993-9600 | Page Number |
| | 4 of 8 |
| | Total Discrepancies This Period |
| [ Actual Hours Compensated In Period ] | 40.00 Hours |

| Social Security Number | Employee Name | Hours Reported | \_\_ Actual Hours Compensated In Period \_\_ | | | | | | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1st | 2nd | 3rd | 4th | 5th | Total | | | |
| 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 | BARRAZA, LUIS | 0.00 | 0.00 | 0.00 | 0.00 | 40.00* | 0.00 | 40.00 | 175.00 | 40.00 | 102Q |
| | Total Hours This Page | 0.00 | | 0.00 | | 40.00 | | 40.00 | | | |
| | | | | 0.00 | | 0.00 | | 0.00 | | 40.00 | |

Total Items Listed This Period :          1

Total Difference In Hours This Period :          40.00

<*> - Hours were calculated by dividing quarterly
      wages (UC3/40) by the appropriate wage rate.

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   24547 | July, 2007 |
| E SHY ENTERPRISES, INC DBA<br>SUCCESS VENTURES<br>512 N MCCLURG CT   #4101<br>CHICAGO, IL. 60611<br>(630)993-9600 | **Page Number**<br><br>5 of 8 |
| [ Actual Hours Compensated In Period ] | **Total Discrepancies This Period**<br><br>93.00 Hours |

| Social Security Number | Employee Name | Hours Reported | Actual Hours Compensated In Period | | | | | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1st | 2nd | 3rd | 4th | 5th | | | | |
| 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 | BARRAZA, LUIS | 0.00 | 40.00 | 17.00 | 0.00 | 0.00 | 0.00 | 57.00 | 175.00 | 57.00 | 102 |
| 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 | OUSLEY JR, WILLIE L | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 0.00 | 36.00 | 175.00 | 36.00 | 102 |
| | **Total Hours This Page** | 0.00 | 40.00 | 17.00 | 0.00 | 36.00 | 0.00 | 93.00 | | 93.00 | |

Total Items Listed This Period :       2

Total Difference In Hours This Period :        93.00

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number** 24547 | August, 2007 |
| E SHY ENTERPRISES, INC DBA SUCCESS VENTURES 512 N MCCLURG CT #4101 CHICAGO, IL. 60611 (630)993-9600 | **Page Number** 6 of 8 |
| [ Actual Hours Compensated In Period ] | **Total Discrepancies This Period** 80.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 1st | 2nd | 3rd | 4th | 5th | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | BARRAZA, ALFREDO | 72.00 | 40.00 | 0.00 | 80.00 | 40.00 | 0.00 | 160.00 | 175.00 | 88.00 | 101 |
| 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 | BARRAZA, LUIS | 56.00 | 0.00 | 0.00 | 32.00 | 40.00 | 0.00 | 72.00 | 175.00 | 16.00 | 101 |
| 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 | OUSLEY JR, WILLIE L. | 168.00 | 40.00 | 0.00 | 72.00 | 32.00 | 0.00 | 144.00 | 175.00 | (24.00) | 101 |
| | Total Hours This Page | 296.00 | | 0.00 | | 112.00 | | 376.00 | | | |
| | | | 80.00 | | 184.00 | | 0.00 | | | 80.00 | |

Total Items Listed This Period :     3

Total Difference In Hours This Period :     80.00

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number** 24547 | September, 2007 |
| E SHY ENTERPRISES, INC DBA | **Page Number** |
| SUCCESS VENTURES | 7 of 8 |
| 512 N MCCLURG CT #4101 | |
| CHICAGO, IL. 60611 | **Total Discrepancies This Period** |
| (630)993-9600 | 73.00 Hours |
| [ Actual Hours Compensated In Period ] | |

| Social Security Number | Employee Name | Hours Reported | 1st | 2nd | 3rd | 4th | 5th | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | BARRAZA, ALFREDO | 96.00 | 24.00 | 40.00 | 32.00 | 40.00 | 0.00 | 136.00 | 175.00 | 40.00 | 101 |
| 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 | BARRAZA, LUIS | 143.00 | 24.00 | 32.00 | 32.00 | 40.00 | 0.00 | 128.00 | 175.00 | (15.00) | 101 |
| 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 | OUSLEY JR, WILLIE L | 48.00 | 24.00 | 40.00 | 32.00 | 0.00 | 0.00 | 96.00 | 175.00 | 48.00 | 101 |
| | Total Hours This Page | 287.00 | 112.00 | | 80.00 | | 360.00 | | | | |
| | | | 72.00 | | 96.00 | | 0.00 | | | 73.00 | |

Total Items Listed This Period :     3

Total Difference In Hours This Period :     73.00

| Report on the Compliance of | Covering the Period of |
|---|---|
| **Account Number**   24547 | March, 2008 |

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT   #4101
CHICAGO, IL. 60611
(630)993-9600

| Page Number |
|---|
| 8 of 8 |

[ Actual Hours Compensated In Period ]

| Total Discrepancies This Period |
|---|
| 5.00 Hours |

| Social Security Number | Employee Name | Hours Reported | 1st | 2nd | 3rd | 4th | 5th | Total | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | BARRAZA, ALFREDO | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 5.00 | 175.00 | 5.00 | 103 |
| | **Total Hours This Page** | 0.00 | | 0.00 | | 0.00 | | 5.00 | | | |
| | | | 0.00 | | 5.00 | | 0.00 | | | 5.00 | |

Total Items Listed This Period :      1

Total Difference In Hours This Period :      5.00

# 09 CV 3083

# EXHIBIT A-3

## Summary of Contributions, Liquidated Damages & Interest Due
### For The Reporting Period(s) Specified Below
### Computed Through July 10, 2009

| Employer Information | |
|---|---|
| **File Number** 99000<br>**Name**   ESCROW EMPLOYER<br>**Address**<br>**City, State**  ,  . 00000-0000<br>**Telephone** | Page Number 1 of 3<br>Reference Number: 9-64<br>Date Printed: 07/10/2009 |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| June, 2007 | $ 660.00 | $ 297.62 | $ 83.42 | $ 1,041.04 |
| July, 2007 | 1,534.50 | 659.07 | 182.29 | 2,375.86 |
| August, 2007 | 1,320.00 | 539.06 | 146.84 | 2,005.90 |
| September, 2007 | 1,204.50 | 466.82 | 125.25 | 1,796.57 |
| March, 2008 | 82.50 | 22.19 | 5.33 | 110.02 |
| **Grand Total (3)** | **$ 4,801.50** | **$ 960.30** | **$ 543.13** | **$ 6,304.93** |

(1) See Attached Computation
(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation
**Total Amount Due : $ 6,304.93 If Paid by July 10, 2009**

## Computation of Liquidated Damages
### For The Reporting Period(s) Specified Below
### Computed Through July 10, 2009

| Employer Information | |
|---|---|
| **File Number** 99000 | |
| **Name** ESCROW EMPLOYER | Page Number 2 of 3<br>Reference Number: 9-64<br>Date Computed: 07/10/2009 |
| **Address** | |
| **City, State** , . 00000-0000 | |
| **Telephone** | |

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| June, 2007 | $ 660.00 | $ 660.00 | 25 | $ 297.62 | $ 297.62 |
| July, 2007 | 1,534.50 | 1,534.50 | 24 | 659.07 | 659.07 |
| August, 2007 | 1,320.00 | 1,320.00 | 23 | 539.06 | 539.06 |
| September, 2007 | 1,204.50 | 1,204.50 | 22 | 466.82 | 466.82 |
| March, 2008 | 82.50 | 82.50 | 16 | 22.19 | 22.19 |
| **Total (3)** | $ 4,801.50 | | | | $ 960.30 |

*(2) 1.50% Compounded per Month (or portion thereof)*

*(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation*

**Employer Information**

**File Number** 99000
**Name** ESCROW EMPLOYER
**Address**
**City, State** , . 00000-0000
**Telephone**

Page Number 3 of 3
Reference Number: 9-64
Date Computed: 07/10/2009

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| June, 2007 | $ 660.00 | $ 660.00 | 07/21/2007 - 07/10/2009 | | 721 | $ 83.42 | $ 83.42 |
| July, 2007 | 1,534.50 | 1,534.50 | 08/21/2007 - 07/10/2009 | | 690 | 182.29 | 182.29 |
| August, 2007 | 1,320.00 | 1,320.00 | 09/21/2007 - 07/10/2009 | | 659 | 146.84 | 146.84 |
| September, 2007 | 1,204.50 | 1,204.50 | 10/21/2007 - 07/10/2009 | | 629 | 125.25 | 125.25 |
| March, 2008 | 82.50 | 82.50 | 04/21/2008 - 07/10/2009 | | 446 | 5.33 | 5.33 |
| Total | $ 4,801.50 | | | | | | $ 543.13 |

# 09 CV 3083

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF          )
CARPENTERS PENSION FUND, et al.,     )
                                     )    Case No. 09 CV 3083
                    Plaintiffs,      )
                                     )    Judge Coar
        v.                           )
                                     )
E. SHY ENTERPRISES, INC.,            )
                                     )
                    Defendants.      )

## DECLARATION OF JAMES EGAN

I, James Egan, hereby declare, under penalty of perjury pursuant to the laws of the United

States, as follows:

1.      I am a principal in the Certified Public Accounting firm of James Egan &

Associates, Ltd., ("Egan"). I am familiar with the billings to the Chicago Regional Council of

Carpenters Pension Fund, the Chicago Regional Council of Carpenters Welfare Fund, the

Chicago and Northeast Illinois Regional Council of Carpenters Apprentice and Trainee Program,

and the Labor/Management Union Carpentry Cooperation Promotion Fund (collectively "the

Trust Funds"), including fees and expenses incurred in connection with Egan's auditing the

books and records of employers who are signatory to the collective bargaining agreement with

the Chicago and Northeast Illinois Regional Council of Carpenters.

2.      In connection with efforts to obtain and conduct an audit of the books and records

of E. Shy Enterprises, Inc. ("Defendant"), the Trust Funds incurred $1,460.60 in fees and

expenses through July 17, 2009. These efforts were comprised of communications with the

Defendants, review and analysis of the Defendants' books and records, creation and revision of

the audit report, and follow-up communications with the Trust Funds and its agents. Egan's rate

for its auditors was $67.00 per hour. A breakdown of the fees and costs to the Trust Funds in this matter are attached as Exhibit B-1.

3.    Egan prepared an audit report based on records produced by Defendants which is attached as Exhibit B-2.

4.    The audit fees and expenses charged to the Trust Funds in this matter are consistent with Egan's regular charges for services to the Trust Funds on similar matters.

5.    I have personal knowledge of the matters stated in this declaration and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____
James Egan

09 CV 3083

EXHIBIT B-1

## James Egan & Associates, Ltd.

Chicago Regional Council of Carpenters
Pension, Welfare and Apprentice Fund
Invoice for Audits Submitted
during the Month of October, 2008

Invoice #: 00101210

| Employer Account #: 24547<br>Employer Name: E Shy Enterprises Inc dba Success Ventures | Charged Hours | Rate | Invoice Amount |
|---|---|---|---|
| **James E. Santor** | | | |
| Assigned Administrative Duties | 0.30 | 67.00 | 20.10 |
| Technical Review | 3.60 | 67.00 | 241.20 |
| Meetings/Consultations- Employer | 0.30 | 67.00 | 20.10 |
| Supervisory Review | 0.30 | 67.00 | 20.10 |
| | **4.50** | | **301.50** |
| **Joshua L. Wyrick** | | | |
| Technical Review | 0.50 | 67.00 | 33.50 |
| | **0.50** | | **33.50** |
| **John S. Conklin** | | | |
| Post Review Adjustments | 0.50 | 67.00 | 33.50 |
| Pre-Engagement Planning | 0.30 | 67.00 | 20.10 |
| Conclude Workpapers and/or Report(s) | 6.10 | 67.00 | 408.70 |
| Establish Employee Categories | 0.40 | 67.00 | 26.80 |
| Compile & Verify Individuals' Hours/Wage | 1.40 | 67.00 | 93.80 |
| Reconcile Individuals' Wages | 0.40 | 67.00 | 26.80 |
| Compile Payments (Disbursements) | 0.70 | 67.00 | 46.90 |
| Review Contracts/Invoices/Waivers/etc. | 0.20 | 67.00 | 13.40 |
| Review General Ledgers/Financial Stmts | 0.20 | 67.00 | 13.40 |
| Meetings/Consultations- Client/Rep | 0.20 | 67.00 | 13.40 |
| Meetings/Consultations- Employer | 2.10 | 67.00 | 140.70 |
| Travel Time | 2.50 | 67.00 | 167.50 |
| | **15.00** | | **1,005.00** |
| **Katherine A. Lopez** | | | |
| Preparation- Audit Report(s) | 0.10 | 67.00 | 6.70 |
| Correspondence- Employer | 0.20 | 67.00 | 13.40 |
| | **0.30** | | **20.10** |
| **Marc D. Pugh** | | | |
| Prepare Discrepancy Workpapers | 0.20 | 67.00 | 13.40 |
| Meetings/Consultations- Client/Rep | 0.30 | 67.00 | 20.10 |
| Meetings/Consultations- Employer | 0.70 | 67.00 | 46.90 |
| | **1.20** | | **80.40** |

## James Egan & Associates, Ltd.

Invoice #: 00101210

| Employer Account #: 24547<br>Employer Name: E Shy Enterprises Inc dba Success Ventures | Charged Hours | Rate | Invoice Amount |
|---|---|---|---|
| Marc E. Ragona | | | |
| Conclude Workpapers and/or Report(s) | 0.10 | 67.00 | 6.70 |
| Meetings/Consultations- Employer | 0.20 | 67.00 | 13.40 |
| | 0.30 | | 20.10 |
| | | | |
| *Total Charges for E Shy Enterprises Inc dba Success Ventures* | 21.80 | | 1,460.60 |

# James Egan & Associates, Ltd.

### Detail Time Charges
### during the period of 7/1/2008 through 7/17/2009

| Client Number: 85018<br>Client Name: E Shy Enterprises Inc dba Success Ventures | Charged<br>Hours | Billing<br>Rate | Amount |
|---|---|---|---|
| **James E. Santor** | | | |
| **Assigned Administrative Duties** | | | |
| 08/15/2008 Assign Due Date/Update Projected Submission | 0.20 | 67.00 | 13.40 |
| 08/22/2008 Adjust Due Date/Update Projected Submission | 0.10 | 67.00 | 6.70 |
| | **0.30** | | **20.10** |
| **Technical Review** | | | |
| 10/17/2008 Technical Review | 0.20 | 67.00 | 13.40 |
| 10/17/2008 Technical Review | 2.00 | 67.00 | 134.00 |
| 10/20/2008 Review Adjustments | 1.40 | 67.00 | 93.80 |
| | **3.60** | | **241.20** |
| **Meetings/Consultations- Employer** | | | |
| 09/18/2008 Phone Call/Les (Co)/Cancel & Reschedule Appointment | 0.30 | 67.00 | 20.10 |
| | **0.30** | | **20.10** |
| **Supervisory Review** | | | |
| 10/23/2008 Supervisory Review | 0.30 | 67.00 | 20.10 |
| | **0.30** | | **20.10** |
| **Joshua L. Wyrick** | | | |
| **Technical Review** | | | |
| 10/14/2008 Preliminary review | 0.50 | 67.00 | 33.50 |
| | **0.50** | | **33.50** |
| **John S. Conklin** | | | |
| **Post Review Adjustments** | | | |
| 10/17/2008 Technical Review Adj | 0.50 | 67.00 | 33.50 |
| | **0.50** | | **33.50** |
| **Pre-Engagement Planning** | | | |
| 09/22/2008 Download Files, Directions, Preplanning | 0.30 | 67.00 | 20.10 |
| | **0.30** | | **20.10** |
| **Conclude Workpapers and/or Report(s)** | | | |
| 09/22/2008 Upload Files, Time Entry | 0.20 | 67.00 | 13.40 |
| 09/22/2008 Conclude Disbursement Wrkprs | 0.90 | 67.00 | 60.30 |
| 09/22/2008 Prepare and send Doc Request | 0.30 | 67.00 | 20.10 |
| 10/06/2008 Conclude Wrkprs | 1.60 | 67.00 | 107.20 |
| 10/07/2008 Conclude Wrkprs. Procedures | 0.10 | 67.00 | 6.70 |
| 10/07/2008 Conclude Wrkprs. Procedures | 0.10 | 67.00 | 6.70 |
| 10/08/2008 Conclude Wrkprs | 0.90 | 67.00 | 60.30 |
| 10/10/2008 Conclude Wrkprs | 0.40 | 67.00 | 26.80 |
| 10/13/2008 Conclude Wrkprs | 0.20 | 67.00 | 13.40 |
| 10/14/2008 Conclude Wrkprs, Submit for Review | 1.40 | 67.00 | 93.80 |
| | **6.10** | | **408.70** |

### Detail Time Charges
### *during the period of 7/1/2008 through 7/17/2009*

| Client Number: 85018<br>Client Name: E Shy Enterprises Inc dba Success Ventures | Charged Hours | Billing Rate | Amount |
|---|---|---|---|
| **John S. Conklin** | | | |
| **Establish Employee Categories** | | | |
| 10/01/2008 *Enter SUTAs* | 0.30 | 67.00 | 20.10 |
| 10/10/2008 *Enter SUTA* | 0.10 | 67.00 | 6.70 |
| | **0.40** | | **26.80** |
| **Compile & Verify Individuals' Hours/Wage** | | | |
| 09/22/2008 *Enter Payroll* | 0.40 | 67.00 | 26.80 |
| 10/01/2008 *Enter Payroll* | 1.00 | 67.00 | 67.00 |
| | **1.40** | | **93.80** |
| **Reconcile Individuals' Wages** | | | |
| 10/01/2008 *Reconcile Wages* | 0.40 | 67.00 | 26.80 |
| | **0.40** | | **26.80** |
| **Compile Payments (Disbursements)** | | | |
| 09/22/2008 *Review Disbursements* | 0.70 | 67.00 | 46.90 |
| | **0.70** | | **46.90** |
| **Review Contracts/Invoices/Waivers/etc.** | | | |
| 09/22/2008 *Review Invoices* | 0.20 | 67.00 | 13.40 |
| | **0.20** | | **13.40** |
| **Review General Ledgers/Financial Stmts.** | | | |
| 10/10/2008 *Review Bank Statements* | 0.20 | 67.00 | 13.40 |
| | **0.20** | | **13.40** |
| **Meetings/Consultations- Client/Rep** | | | |
| 08/19/2008 *Meeting John Libby - Appointment* | 0.10 | 67.00 | 6.70 |
| 08/22/2008 *Call TF - Appointment* | 0.10 | 67.00 | 6.70 |
| | **0.20** | | **13.40** |
| **Meetings/Consultations- Employer** | | | |
| 08/05/2008 *Attempt to Schedule Appt* | 0.10 | 67.00 | 6.70 |
| 08/18/2008 *Attempt to Schedule Appt* | 0.10 | 67.00 | 6.70 |
| 08/19/2008 *Attempt to schedule appt* | 0.10 | 67.00 | 6.70 |
| 08/21/2008 *Attempt to Schedule Appt* | 0.10 | 67.00 | 6.70 |
| 08/22/2008 *Set up Appointment* | 0.50 | 67.00 | 33.50 |
| 09/22/2008 *Meeting with Contact* | 0.10 | 67.00 | 6.70 |
| 09/22/2008 *Meeting with Contact* | 0.20 | 67.00 | 13.40 |
| 09/29/2008 *Doc Request* | 0.20 | 67.00 | 13.40 |
| 09/30/2008 *Doc Req* | 0.10 | 67.00 | 6.70 |
| 10/01/2008 *Doc Request* | 0.10 | 67.00 | 6.70 |
| 10/03/2008 *Doc Request* | 0.20 | 67.00 | 13.40 |
| 10/09/2008 *Doc Request* | 0.20 | 67.00 | 13.40 |
| 10/13/2008 *Doc Request* | 0.10 | 67.00 | 6.70 |
| | **2.10** | | **140.70** |

# *James Egan & Associates, Ltd.*

## *Detail Time Charges*
### *during the period of 7/1/2008 through 7/17/2009*

| Client Number: 85018<br>Client Name: E Shy Enterprises Inc dba Success Ventures | Charged Hours | Billing Rate | Amount |
|---|---|---|---|
| **John S. Conklin** | | | |
| **Travel Time** | | | |
| 09/22/2008    *Travel to Appt* | 1.40 | 67.00 | 93.80 |
| 09/22/2008    *Travel* | 1.10 | 67.00 | 73.70 |
| | 2.50 | | 167.50 |
| **Katherine A. Lopez** | | | |
| **Preparation- Audit Report(s)** | | | |
| 10/22/2008    *Print & collate engagement report* | 0.10 | 67.00 | 6.70 |
| | 0.10 | | 6.70 |
| **Correspondence- Employer** | | | |
| 08/06/2008    *Prepare outgoing certified letter* | 0.10 | 67.00 | 6.70 |
| 09/02/2008    *Logged & prepared outgoing confirmation letter* | 0.10 | 67.00 | 6.70 |
| | 0.20 | | 13.40 |
| **Marc D. Pugh** | | | |
| **Prepare Discrepancy Workpapers** | | | |
| 07/31/2008    *Imported hours and setup workpapers.* | 0.20 | 67.00 | 13.40 |
| | 0.20 | | 13.40 |
| **Meetings/Consultations- Client/Rep** | | | |
| 08/14/2008    *Setup FA with TF.* | 0.30 | 67.00 | 20.10 |
| | 0.30 | | 20.10 |
| **Meetings/Consultations- Employer** | | | |
| 08/01/2008    *Attempted to setup FA.* | 0.10 | 67.00 | 6.70 |
| 08/13/2008    *Setup tentative FA with company.* | 0.30 | 67.00 | 20.10 |
| 08/14/2008    *Attempted to setup FA with co.* | 0.10 | 67.00 | 6.70 |
| 08/18/2008    *Discussed FA with company.* | 0.20 | 67.00 | 13.40 |
| | 0.70 | | 46.90 |
| **Marc E. Ragona** | | | |
| **Conclude Workpapers and/or Report(s)** | | | |
| 08/15/2008    *Update schedule* | 0.10 | 67.00 | 6.70 |
| | 0.10 | | 6.70 |
| **Meetings/Consultations- Employer** | | | |
| 07/31/2008    *Phone call - attempt to schedule appointment* | 0.10 | 67.00 | 6.70 |
| 08/14/2008    *Phone call - attempt to schedule appointment* | 0.10 | 67.00 | 6.70 |
| | 0.20 | | 13.40 |
| | **21.80** | | **1,460.60** |

09 CV 3083

EXHIBIT B-2

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number   24547 | June, 2007 To June, 2008 |

Page Number

1 of 8

Total Discrepancies This Report

291.00 Hours

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT   #4101
CHICAGO, IL. 60611
(630)993-9600

| Reporting Period | Discrepancy Hours | Contribution Rate | Discrepancy Dollars |
|---|---|---|---|
| June, 2007 | 40.00 | 16.50 | $   660.00 |
| July, 2007 | 93.00 | 16.50 | 1,534.50 |
| August, 2007 | 80.00 | 16.50 | 1,320.00 |
| September, 2007 | 73.00 | 16.50 | 1,204.50 |
| March, 2008 | 5.00 | 16.50 | 82.50 |

| | | | |
|---|---|---|---|
| Report Sub-Total | 291.00 | | $   4,801.50 |
| Liquidated Damages (1) | | | 960.30 |
| Grand Total Due | | | $   5,761.80 |

(1) Details Attached.

Trust Fund Copy

Liquidated Damages

| Report on the Compliance of | Covering The Period of |
|---|---|

Account Number   24547

June, 2007 To June, 2008

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT   #4101
CHICAGO, IL. 60611
(630)993-9600

| Page Number |
|---|

2 of 8

| Total Discrepancies This Report |
|---|

291.00 Hours

| Reporting Period | Discrepancy Dollars | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|
| June, 2007 | 660.00 | 16 | 177.53 | |
| July, 2007 | 1,534.50 | 15 | 383.98 | |
| August, 2007 | 1,320.00 | 14 | 305.92 | |
| September, 2007 | 1,204.50 | 13 | 257.22 | |
| March, 2008 | 82.50 | 7 | 9.06 | |
| 5 Period(s) | $   4,801.50 | | $   1,133.71 | $   960.30 |

(2) 1.5 % Compounded per Month (or portion thereof)
(3) Total Damages Not To Exceed The 20% ERISA Limitation

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number 24547 | June, 2007 To June, 2008 |
| E SHY ENTERPRISES, INC DBA | **Page Number** |
| SUCCESS VENTURES | 3 of 8 |
| 512 N MCCLURG CT #4101 | |
| CHICAGO, IL. 60611 | |
| (630)993-9600 | **Total Discrepancies This Period** |
| | 291.00 Hours |

| Code | Discrepancy Description | Amount |
|---|---|---|
| | **SIGNATORY EMPLOYER - PAYROLL** | |
| 101 | Clerical Error | 2,524.50 |
| 102 | Hours Worked Prior To Reporting | 1,534.50 |
| 102Q | Hours Worked Prior To Reporting | 660.00 |
| 103 | Omission - Reported Individual | 82.50 |
| | Report Sub-Total | $ 4,801.50 |
| | Liquidated Damages (1) | 960.30 |
| | Grand Total Due | $ 5,761.80 |

(1) Details Attached.

Trust Fund Copy

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number    24547 | June, 2007 |
| E SHY ENTERPRISES, INC DBA SUCCESS VENTURES 512 N MCCLURG CT   #4101 CHICAGO, IL. 60611 (630)993-9600 | Page Number 4 of 8 |
| [ Actual Hours Compensated In Period ] | Total Discrepancies This Period 40.00 Hours |

| Social Security Number | Employee Name | Hours Reported | Actual Hours Compensated In Period | | | | | | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1st | 2nd | 3rd | 4th | 5th | Total | | | |
| 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 | BARRRAS, LUIS | 0.00 | 0.00 | 0.00 | 0.00 | 40.00 | 0.00 | 40.00 | 175.00 | 40.00 | 3020 |

|  | Total Hours This Page | 0.00 | 0.00 | 40.00 | 40.00 | 40.00 |
|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 | | |

Total Items Listed This Period :        1

Total Difference In Hours This Period :        40.00

<"> - Hours were calculated by dividing quarterly
     wages (OC3/40) by the appropriate wage rate.

Trust Fund Copy



James Egan & Associates, Ltd.
Certified Public Accountants

*Benefit Hours*

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|

Account Number   24547

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT   #4101
CHICAGO, IL. 60611
(630) 993-9600

[ Actual Hours Compensated In Period ]

**Page Number**

5 of 8

**Total Discrepancies This Period**

93.00 Hours

| Social Security Number | Employee Name | Hours Reported | 1st | 2nd | 3rd | 4th | 5th | Total | Actual Hours | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | BARRAZA, LOIS | 0.00 | 40.00 | 17.00 | 70.00 | 0.00 | 0.00 | 57.00 | 175.00 | | 57.00 | 102 |
| 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 | CUSLEY JR, WILLIE L | 0.00 | 0.00 | 0.00 | 36.00 | 0.00 | 36.00 | 175.00 | | 36.00 | 102 |
| Total Hours This Page : | | 0.00 | 40.00 | 17.00 | 36.00 | 0.00 | 0.00 | 93.00 | | | 93.00 | |

Total Items Listed This Period :     2

Total Difference In Hours This Period :     93.00

Trust Fund Copy

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|

Account Number    24547

August, 2007

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT    #4101
CHICAGO, IL. 60611
(630) 993-9600

| Page Number |
|---|

6 of 8

[ Actual Hours Compensated In Period ]

| Total Discrepancies This Period |
|---|

80.00 Hours

| Social Security Number | Employee Name | Hours Reported | Actual Hours Compensated In Period | | | | | Cap Total Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1st | 2nd | 3rd | 4th | 5th | | | |
| 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 | BARHALA, ALFREDO | 72.00 | 40.00 | 0.00 | 80.00 | 40.00 | 0.00 | 160.00 175.00 | 88.00 | 101 |
| 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 | BARRAZA, LUIS | 56.00 | 0.00 | 0.00 | 32.00 | 40.00 | 0.00 | 72.00 175.00 | 16.00 | 101 |
| 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 | OUSLEY JR, WILLIE | 168.00 | 40.00 | 0.00 | 32.00 | 32.00 | 0.00 | 144.00 175.00 | 24.00 | 101 |

| Total Hours This Page | 296.00 | 0.00 | | 112.00 | | 376.00 | | |
| | | 80.00 | 184.00 | | 0.00 | | 80.00 |

Total Items Listed This Period :    3

Total Difference In Hours This Period :    80.00

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number 24547 | September, 2007 |

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT #4101
CHICAGO, IL. 60611
(630)993-9600

[ Actual Hours Compensated In Period ]

| Page Number |
|---|
| 7 of 8 |

| Total Discrepancies This Period |
|---|
| 73.00 Hours |

| Social Security Number | Employee Name | Hours Reported | Actual Hours Compensated In Period | | | | | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1st | 2nd | 3rd | 4th | 5th | Total | | |
| 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 | BARRAZA, ALFREDO | 96.00 | 24.00 | 40.00 | 32.00 | 40.00 | 0.00 | 136.00 | 175.00 | 40.00 | 101 |
| 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 | BARRAZA, LUIS | 143.00 | 24.00 | 32.00 | 32.00 | 40.00 | 0.00 | 128.00 | 175.00 | (15.00) | 101 |
| 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 | COSLEY JR, WILLIE L | 48.00 | 24.00 | 40.00 | 32.00 | 0.00 | 0.00 | 96.00 | 175.00 | 48.00 | 101 |

| Total Hours This Page | 287.00 | 112.00 | 80.00 | 360.00 | | 73.00 |
|---|---|---|---|---|---|---|
| | | 72.00 | 96.00 | 0.00 | | |

Total Items Listed This Period :     3

Total Difference In Hours This Period :     73.00

Trust Fund Copy

Detailed Discrepancy Hours By Period

| Report on the Compliance of | Covering the Period of |
|---|---|
| Account Number    24547 | March, 2008 |

E SHY ENTERPRISES, INC DBA
SUCCESS VENTURES
512 N MCCLURG CT    #4101
CHICAGO, IL. 60611
(630)993-9600

[ Actual Hours Compensated In Period ]

| Page Number |
|---|
| 8 of 8 |

| Total Discrepancies This Period |
|---|
| 5.00 Hours |

| Social Security Number | Employee Name | Hours Reported | Actual Hours Compensated In Period | | | | | | Cap Hours | Discrepancy Hours | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1st | 2nd | 3rd | 4th | 5th | Total | | | |
| 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 | BARRAZA, ALFREDO | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 5.00 | 175.00 | 5.00 | 103 |

| Total Hours This Page | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | | 0.00 | 5.00 |
|---|---|---|---|---|---|---|---|---|

Total Items Listed This Period :      1

Total Difference In Hours This Period :      5.00

Trust Fund Copy

# 09 CV 3083

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF          )
CARPENTERS PENSION FUND, et al.,     )
                                     )    Case No. 09 CV 3083
                 Plaintiffs,         )
         v.                          )    Judge Coar
                                     )
E. SHY ENTERPRISES, INC., et al.,    )
                                     )
                 Defendants.         )

## <u>DECLARATION OF KEVIN P. MCJESSY</u>

I, Kevin P. McJessy, hereby declare, under penalty of perjury pursuant to the laws of the

United States, as follows:

1.     I am one of the attorneys representing the Chicago Regional Council of

Carpenters Pension Fund ("Pension Fund"), the Chicago Regional Council of Carpenters

Welfare Fund ("Welfare Fund"), the Chicago and Northeast Illinois Regional Council of

Carpenter Apprentice and Trainee Program ("Trainee Fund"), and the Labor/Management Union

Carpentry Cooperation Promotion Fund ("Labor/Management Fund") (collectively "the Trust

Funds") in the above-captioned lawsuit ("Lawsuit") against E. SHY ENTERPRISES, INC.

("Defendant").

2.     I have been licensed to practice law in the State of Illinois and the United States

District Court for the Northern District of Illinois since 1995. I am an attorney with McJessy,

Ching & Thompson, LLC ("MC&T"). I have represented the Trust Funds in matters like this

one since 1995.

3.     As part of my practice, I handle claims under ERISA. I personally represented

the Trust Funds in this Lawsuit. I have represented the Trust Funds in this Lawsuit since its

inception.

4.     The Trust Funds have incurred $1,809.62 in fees and expenses to compel Defendant to comply with its obligations under the terms of the Collective Bargaining Agreement and applicable trust agreements. A redacted copy of the billing statement from MC&T from the inception of this lawsuit to the present, redacted to protect privileged communications, is attached as Exhibit C-1.

a)     **Fees.** The Trust Funds have collectively incurred fees totaling $1,360.00 for 8.5 hours of attorney services. The hourly rate for attorneys at MC&T for ERISA litigation for the Trust Funds is $160 per hour. The Trust Funds have collectively incurred fees totaling $48.00 for 0.8 hours of paralegal time. The hourly rate for paralegals at MC&T for ERISA litigation for the Trust Funds is $60 per hour. The Trust Funds incurred these fees in connection with efforts to obtain Defendant's compliance with the terms of the Collective Bargaining Agreement and Trust Agreements.

b)     **Costs.** The Trust Funds incurred $401.62 in expenses for court costs, process servers, postage and photocopy charges. The costs are detailed in the billing statement attached as Exhibit C-1.

5.     The attorneys' fees, paralegal fees and costs charged to the Trust Funds in this matter are consistent with MC&T's regular charges for services to the Trust Funds on similar matters..

6.     I have personal knowledge of the matters stated in this affidavit and could testify competently to them.

FURTHER AFFIANT SAYETH NOT.

_____
Kevin P. McJessy

09 CV 3083

EXHIBIT C-1

| Date | Received From/Paid To | Chq# | \|----- General -----\| | | | Bld \|----------- Trust Activity -----------\| | | | |
| Entry # | Explanation | Rec# | Rcpts | Disbs | Fees | Inv# Acc | Rcpts | Disbs | Balance |

**1000   Chicago Regional Council of Carpenters**
**0122-ESHY       E SHY Enterprises, Inc.**                                                                 Resp Lawyer: KM

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Feb 20/2009 | Expense Recovery | | | | | | | | |
| 38329 | Postage Recovery | 00145 | | 0.42 | | 3002 | | | |
| Feb 20/2009 | Lawyer: KM  0.40 Hrs X 160.00 | | | | | | | | |
| 38747 | Reviewed correspondence from M. Harmon re: ▉▉▉▉▉; online review of corporate records of E Shy; prepared audit demand letter. | | | | 64.00 | 3002 | | | |
| Mar 12/2009 | Billing on Invoice 3002 | | | | | | | | |
| 38909 | FEES      64.00 DISBS    0.42 | | | 0.00 | | 3002 | | | |
| Mar 18/2009 | Lawyer: KM  0.10 Hrs X 160.00 | | | | | | | | |
| 39521 | Reviewed and responded to correspondence from M. Harmon re: ▉▉▉▉▉. Reviewed correspondence from M. Harmon re: ▉▉▉▉▉ | | | | 16.00 | 3115 | | | |
| Apr  2/2009 | Chicago Regional Council of Carpe | | | | | | | | |
| 39269 | PMT - | 00696 | 64.42 | | | | | | |
| Apr  8/2009 | Billing on Invoice 3115 | | | | | | | | |
| 39792 | FEES      16.00 | | | 0.00 | | 3115 | | | |
| May  8/2009 | Chicago Regional Council of Carpe | | | | | | | | |
| 40243 | PMT - | 00709 | 16.00 | | | | | | |
| May 21/2009 | Lawyer: KM  2.10 Hrs X 160.00 | | | | | | | | |
| 40528 | Reviewed audit referral file materials.  Prepared draft complaint.  Reviewed appearance, summons and civil cover sheets.  Prepared correspondence to M. Harmon re: ▉▉▉▉▉ | | | | 336.00 | 3267 | | | |
| May 21/2009 | Lawyer: SK  0.40 Hrs X 60.00 | | | | | | | | |
| 40532 | Prepared appearance, civil cover sheet and summons. Filed complaint and related documents electronically with court. | | | | 24.00 | 3267 | | | |
| May 22/2009 | Lawyer: SK  0.20 Hrs X 60.00 | | | | | | | | |
| 40539 | Prepared email correspondence process server forwarding complaint and summons for service.  Prepared correspondence to J. Libby and M. Harmon ▉▉▉▉▉ | | | | 12.00 | 3267 | | | |
| May 27/2009 | Lawyer: SK  0.20 Hrs X 60.00 | | | | | | | | |
| 40609 | Reviewed affidavit of service received from process server. Filed affidavit of service with summons electronically with court. | | | | 12.00 | 3267 | | | |
| May 28/2009 | Judicial Attorney Services | | | | | | | | |
| 40633 | Process Server recovery | 2845 | | 50.00 | | 3267 | | | |
| May 29/2009 | Expense Recovery | | | | | | | | |
| 40665 | Photocopy Recovery | 00151 | | 1.20 | | 3267 | | | |
| Jun 12/2009 | Billing on Invoice 3267 | | | | | | | | |
| 41209 | FEES      384.00 DISBS   51.20 | | | 0.00 | | 3267 | | | |
| Jun 30/2009 | Capital One Services | | | | | | | | |
| 41516 | Filing Fee - | 2880 | | 350.00 | | 3287 | | | |
| Jul  9/2009 | Billing on Invoice 3287 | | | | | | | | |
| 41846 | DISBS     350.00 | | | 0.00 | | 3287 | | | |
| Jul 10/2009 | Lawyer: KM  1.50 Hrs X 160.00 | | | | | | | | |
| 41898 | Telephone call with E. Shy re: follow up on letter with court order and amount due. Telephone call to N. Lagalo re: ▉▉▉▉▉ Reviewed file materials as necessary to prepare letter to E. Shy and to obtain enclosures.  Prepared correspondence to E. Shy re: demand for amount due. Prepared correspondence to J. Libby and M. Harmon re: | | | | 240.00 | | | | |
| Jul 14/2009 | Lawyer: KM  0.20 Hrs X 160.00 | | | | | | | | |
| 41926 | Telephone call with E. Shy re: response to demand letter, unable to pay, may make offer shortly and advised him that MC&T will move for judgment. | | | | 32.00 | | | | |
| Jul 15/2009 | Lawyer: KM  1.40 Hrs X 160.00 | | | | | | | | |

Client Ledger
ALL DATES

| Date<br>Entry # | Received From/Paid To<br>Explanation | Chg#<br>Rec# | Rcpts | General ----- <br>Disba | Fees | Inv# Acc | Trust Activity ----------- <br>Rcpts | Disbs | Bld \|-----------<br>Balance |
|---|---|---|---|---|---|---|---|---|---|
| 41955 | Appeared in court before Judge Coar re: status hearing. | | | | 224.00 | | | | |
| Jul 17/2009<br>42026 | Lawyer: RM  2.80 Hrs X 160.00<br>Prepared motion for entry of final judgment.  Prepared declaration of J. Libby re: E. Shy agreement and damages. Prepared correspondence to J. Libby re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  Prepared declaration of K. McJessy re: attorneys fees and costs. Prepared declaration of J. Egan re: auditors' fees. Prepared correspondence to J. Egan re: forwarding proposed declaration for his review and signature.  Prepared draft proposed order.  Reviewed file materials as necessary to prepare motion, declarations and proposed draft order. | | | | 448.00 | | | | |

| | UNBILLED | | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CHE + RECOV + FEES | = TOTAL | DISBS + FEES | + TAX - RECEIPTS | = A/R | TRUST |
| TOTALS<br>PERIOD<br>END DATE | 0.00   0.00   944.00 | 944.00<br>944.00 | 401.62   464.00<br>401.62   464.00 | 0.00   80.42<br>0.00   80.42 | 785.20<br>785.20 | 0.00<br>0.00 |

| | UNBILLED | | | | | BILLED | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CHE + RECOV + FEES | = TOTAL | DISBS + FEES | + TAX - RECEIPTS | = A/R | TRUST |
| FIRM TOTAL<br>PERIOD<br>END DATE | 0.00   0.00   944.00 | 944.00<br>944.00 | 401.62   464.00<br>401.62   464.00 | 0.00   80.42<br>0.00   80.42 | 785.20<br>785.20 | 0.00<br>0.00 |

REPORT SELECTIONS - Client Ledger

| | |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Friday, July 17, 2009 at 04:32:05 PM |
| Ver | 9.31a |
| Matters | 0122-ESHY |
| Clients | All |
| Major Clients | All |
| Client Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive, Archived Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec 31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Trust | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Trust Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Trust Summary by Account | No |
| Show Interest | No |
| Interest Up To | Jul 17/2009 |
| Show Invoices that Payments Were Applied to | No |

09 CV 3083

EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) ) Case No. 09 CV 3083 |
| Plaintiffs, | ) ) Judge Coar |
| v. | ) ) |
| E. SHY ENTERPRISES, INC., | ) ) |
| Defendants. | ) ) |

## ORDER

On motion of the Chicago Regional Council of Carpenters Pension Fund *et al.* ("Trust Funds") and pursuant to Federal Rules of Civil Procedure 54, a judgment is hereby entered in favor of the Trust Funds and against defendant E. Shy Enterprises, Inc. in the amount of $9,575.15 as follows:

A.   $4,801.50 in unpaid contributions pursuant to the audit;

B.   $1,460.60 for auditor's fees incurred by the Trust Funds to complete the audit of Defendants' books and records;

C.   $543.13 in interest under ERISA on the amount that is due;

D.   $960.30 in liquidated damages; and

E.   $1,809.62 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D).

Plaintiff Trust Funds are also awarded reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order, and such other relief as this Court deems appropriate.

_____
Date

_____
Judge David H. Coar